# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DARRIUS HOLMES
#5455-19                                                                          PLAINTIFF

v.                              No. 4:19-cv-528-DPM-BD

A. McEWEN, Officer;   BANGS,
Lieutenant, Pulaski County Detention
Facility;   and L. BARBEE, Deputy,
Pulaski County Detention Facility                                              DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Deere's unopposed partial recommendation. № 7; FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Holmes may proceed with his deliberate indifference and excessive force claims against McEwen, Bangs, and Barbee in their individual capacities. Holmes's due process and official capacity claims are dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

23 October 2019