IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DARRIUS HOLMES,**                                                                 **PLAINTIFF**
**#5455-19**

**CASE NO. 4:19-CV-528-BD**

**V.**

**A. MCEWEN,** *et al*.                                                    **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 30th day of June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE